BROWN CONSOLIDATED MILLING COMPANY, APPELLEE, v. CHICAGO & NORTHWESTERN RAILWAY COMPANY, APPELLANT.

FILED MAY 19, 1917. No. 19527.

APPEAL from the district court for Dodge county: FREDERICK W. BUTTON, JUDGE. *Reversed and dismissed.*

*A. A. McLaughlin, Lyle Hubbard* and *Wymer Dressler,* for appellant.

*Courtright, Sidner & Lee, contra.*

CORNISH, J.

Except that in this case all of the points of final destination of grain shipments were outside of the state, the facts herein are substantially the same as in *Fremont Milling Co. v. Chicago & N. W. R. Co., ante,* p. 362, and this case is governed by the law as laid down in said case.

For the reasons therein given, the judgment of the trial court should be reversed and the cause dismissed.

REVERSED AND DISMISSED.

SEDGWICK, J., not sitting.